### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUAN ORTIZ,** | : | |
| | : | |
| Petitioner, | : | |
| | : | **CIVIL ACTION NO.:** |
| v. | : | |
| | : | |
| **SUPERINTENDENT** | : | **5:12-CV-1209** |
| **DEBRA SAUERS, et al.** | : | |
| | : | |
| Respondents. | : | |

### ORDER

**AND NOW**, this 19th day of March, 2014, **IT IS HEREBY ORDERED**:

1.) Petitioner's objections, (Doc. No. 22), are **OVERRULED**;

2.) The report and recommendation of Judge Angell, (Doc. No. 21), is **ADOPTED**;

3.) The petition, (Doc. No. 1), is **DENIED** and **DISMISSED**;

4.) Because no reasonable jurist could find this ruling debatable, a certificate of appealability shall **NOT ISSUE**.

                                        **BY THE COURT:**

                                        **/s/ C. Darnell Jones, II   J.**
                                        **C. DARNELL JONES, II   J.**