IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUAN ORTIZ,** | : | |
| | : | |
| **Petitioner** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO.:** |
| | : | **5:12-CV-1209-CDJ** |
| **SUPERINTENDENT** | : | |
| **DEBRA SAUERS, et al.,** | : | |
| | : | |
| **Respondents** | : | |

## ORDER

**AND NOW**, this 20th day of August, 2015, it is hereby **ORDERED** that the Report and Recommendation of the Honorable M. Faith Angell, (Doc. No. 33), is **ADOPTED IN ITS ENTIRETY**. The Clerk of Court is **DIRECTED** to mark this case closed for statistical purposes.

BY THE COURT:


/s/ C. Darnell Jones, II   J.
C. DARNELL JONES, II   J.