IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN ORTIZ,  :  <br>    Petitioner,  : <br> : <br> v.  : <br> : <br> SUPERINTENDENT  : <br> DEBRA SAUERS, et al.  : <br>    Respondents.  : | CIVIL ACTION <br><br> NO.: 12-CV-1209 |

## ORDER

**AND NOW**, this 8th day of April, 2016, **IT IS HEREBY ORDERED**:

1.) Petitioner's objection is **OVERRULED**;

2.) The supplemental report and recommendation of Judge Angell, (Doc. No. 33), is **ADOPTED**;

3.) The petition is **DENIED** and **DISMISSED**;

4.) Because no reasonable jurist could find this ruling debatable, **A CERTIFICATE OF APPEALABILITY SHALL NOT ISSUE**.

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES  II,   J.